

*Tri-State Paper Co.*
*149 e, church st.*
*Blackwood, NJ  08012*
*215-455-4506*
*215-455-4509*

**Statement**
*Page 1 of 1*
*29-Dec-2023*



| Customer |
|---|
| ALDO'S RESTAUARANTE |
| 1456 BUCK ROAD |
|  |
| HOLLAND, PA  18966 |

| Account# | Total Due | Current |
|---|---|---|
| ALDOS100 | $2,368.28 | $0.00 |

| 31-45 Days | 46-60 Days | 61-90 Days | 91-120 Days | 120+ Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $1,354.00 | $1,014.28 | $0.00 |

| Invoice | Invoice Date | Due Date | Type | Invoice Amt | Amount Due | Status | P.O. Number |
|---|---|---|---|---|---|---|---|
| 2033603 | 20-Sep-23 | **20-Sep-23** | IN | $1,014.28 | **$1,014.28** | Delinquent | |
| 2033747 | 29-Sep-23 | **29-Sep-23** | IN | $1,153.82 | **$1,153.82** | Delinquent | |
| 2033845 | 6-Oct-23 | **6-Oct-23** | IN | $200.18 | **$200.18** | Delinquent | Mike take |