# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>　　　　　Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |
| Tri-State Paper, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Aldo's Ristorante Italiano, Inc.,<br><br>　　　　　Defendant. | Adversary No. 24-00002-pmm |

**Certificate of Service**

　　　I, Michael I. Assad, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the summons and a copy of the complaint was made today by certified mail and regular, first-class United States mail, postage pre-paid, addressed to:

　　Salvatore Alongi
　　Aldo's Ristorante Italiano, Inc.
　　1456 Buck Road
　　Holland, PA 18966

　　Under penalty of perjury, I declare that the foregoing is true and correct.

Date: January 5, 2024

　　　　　　　　　　　　　　　　　　　　　/s/ Michael I. Assad
　　　　　　　　　　　　　　　　　　　　　Michael I. Assad (#330937)
　　　　　　　　　　　　　　　　　　　　　Cibik Law, P.C.
　　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　　mail@cibiklaw.com