**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br>            Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |
| Tri-State Paper, Inc.,<br>            Plaintiff,<br><br>v.<br><br>Aldo's Ristorante Italiano, Inc.,<br>            Defendant. | Adversary No. 24-00002-pmm |

**Consent Order Extending Time for Defendant to Submit Motion or Answer to Complaint**

**AND NOW**, with the consent of all parties to this action by and through their respective attorneys, it is hereby **ORDERED** that the time for the Defendant to submit a motion or answer to the complaint to the clerk of the bankruptcy court is **EXTENDED** and must be filed on or before March 4, 2024.

Date: **February 7, 2024**

_____
Patricia M. Mayer
U.S. Bankruptcy Judge

We consent to the form and entry of this order.

| | |
|---|---|
| CIBIK LAW, P.C<br>*Counsel for Plaintiff*<br>   *Tri-State Paper, Inc.*<br><br>By: /s/ Michael I. Assad<br>   Michael I. Assad<br>   Attorney ID 330937<br>   1500 Walnut Street, Suite 900<br>   Philadelphia, PA 19102<br>   215-735-1060<br>   help@cibiklaw.com | LARRY FEINMAN, ESQ.<br>*Counsel for Defendant*<br>   *Aldo's Ristorante Italiano, Inc.*<br><br>By: /s/ Larry Feinman<br>   Larry Feinman<br>   Attorney ID 29371<br>   1560 East Cheltenham Ave.<br>   Philadelphia, PA 19124<br>   215-288-7077<br>   larry@lfeinmanlaw.com |