## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | |
| Tri-State Paper, Inc., | Adversary No. 24-00002-pmm |
| Plaintiff, | |
| v. | |
| Aldo's Ristorante Italiano, Inc., | |
| Defendant. | |

### Stipulation of Settlement and Dismissal

**WHEREAS**, Plaintiff Tri-State Paper, Inc. filed a complaint on November 2, 2023 alleging that Defendant Aldo's Ristorante Italiano, Inc. is liable to the Plaintiff for turnover of property, and

**WHEREAS**, the parties are interested in resolving the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose, and

**WHEREAS**, the parties wish to discontinue this litigation.

**NOW, THEREFORE, IT IS STIPULATED** by and between the parties and their respective counsel that:

1.   All claims for damages by plaintiff which are the subject of this action or otherwise arise out of any of the incidents alleged in the Complaint are hereby settled against the Defendant for the sum of $2,368.28 in full satisfaction of all claims for damages, costs, disbursements, and legal fees.

2.   The Defendant must send a check, money order, or certified funds in the amount of $2,368.28 made payable to TRI-STATE PAPER, INC. to CIBIK LAW, P.C., 1500 WALNUT STREET, SUITE 900, PHILADELPHIA, PA 19102, on or before March 31, 2024.

3.   Nothing in this stipulation may be construed as an admission or concession of liability whatsoever by the defendant regarding any of the allegations made in the complaint.

4.   If payments are not made as prescribed above, interest shall accrue on the outstanding principal balance at the rate set forth in 28 U.S.C. § 1961 beginning on the fourteenth day after the delinquent payment was due to be mailed.

5.   This stipulation embodies the entire agreement of the parties with respect to this matter.

6.      The parties hereby request that the Court enter an order: (a) approving this stipulation and dismissing this case with prejudice in the form of order below, and (b) granting such other and further relief consistent with this stipulation as may be necessary and proper under the law.

CIBIK LAW, P.C                                          LARRY FEINMAN, ESQ.
*Counsel for Plaintiff*                                  *Counsel for Defendant*
    *Tri-State Paper, Inc.*                              *Aldo's Ristorante Italiano, Inc.*

By: /s/ Michael I. Assad_____        By:/s/ Larry Feinman_____
    Michael I. Assad                                    Larry Feinman
    Attorney ID 330937                               Attorney ID 29371
    1500 Walnut Street, Suite 900              1560 East Cheltenham Ave.
    Philadelphia, PA 19102                        Philadelphia, PA 19124
    215-735-1060                                       215-288-7077
    help@cibiklaw.com                             larry@lfeinmanlaw.com

Dated: March 12, 2024

### Order of Dismissal

**AND NOW**, upon consideration of the Stipulation of Settlement, it is hereby **ORDERED** that:

1.      The stipulation is **APPROVED**.

2.      All terms of the stipulation are incorporated herein by reference and will form a part of this Order as if set forth in their entirety.

3.      This case is **DISMISSED WITH PREJUDICE**.

Dated:                                  _____
                                       Patricia M. Mayer
                                       U.S. Bankruptcy Judge