United States Bankruptcy Court
Eastern District of Pennsylvania

Tri-State Paper, Inc.,
    Plaintiff

Adv. Proc. No. 24-00002-pmm

Aldos Ristorante Italiano, Inc.,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 14, 2024 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Aldos Ristorante Italiano, Inc., 1456 Buck Road, Holland, PA 18966-2626 |
| pla | | Tri-State Paper, Inc., 4500 N 3rd St, Philadelphia, PA 19140-1502 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 15 2024 00:13:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2024 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Mar 15 2024 00:13:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2024        Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 14, 2024 | Form ID: pdf900 | Total Noticed: 5 |

**below:**

| Name | Email Address |
|---|---|
| MICHAEL I. ASSAD | on behalf of Plaintiff Tri-State Paper  Inc. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

TOTAL: 1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>        Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |
| Tri-State Paper, Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>Aldo's Ristorante Italiano, Inc.,<br><br>        Defendant. | Adversary No. 24-00002-pmm |

**Stipulation of Settlement and Dismissal**

      **WHEREAS**, Plaintiff Tri-State Paper, Inc. filed a complaint on November 2, 2023 alleging that Defendant Aldo's Ristorante Italiano, Inc. is liable to the Plaintiff for turnover of property, and

      **WHEREAS**, the parties are interested in resolving the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose, and

      **WHEREAS**, the parties wish to discontinue this litigation.

      **NOW, THEREFORE, IT IS STIPULATED** by and between the parties and their respective counsel that:

1. All claims for damages by plaintiff which are the subject of this action or otherwise arise out of any of the incidents alleged in the Complaint are hereby settled against the Defendant for the sum of $2,368.28 in full satisfaction of all claims for damages, costs, disbursements, and legal fees.

2. The Defendant must send a check, money order, or certified funds in the amount of $2,368.28 made payable to TRI-STATE PAPER, INC. to CIBIK LAW, P.C., 1500 WALNUT STREET, SUITE 900, PHILADELPHIA, PA 19102, on or before March 31, 2024.

3. Nothing in this stipulation may be construed as an admission or concession of liability whatsoever by the defendant regarding any of the allegations made in the complaint.

4. If payments are not made as prescribed above, interest shall accrue on the outstanding principal balance at the rate set forth in 28 U.S.C. § 1961 beginning on the fourteenth day after the delinquent payment was due to be mailed.

5. This stipulation embodies the entire agreement of the parties with respect to this matter.

6. The parties hereby request that the Court enter an order: (a) approving this stipulation and dismissing this case with prejudice in the form of order below, and (b) granting such other and further relief consistent with this stipulation as may be necessary and proper under the law.

| | |
|---|---|
| CIBIK LAW, P.C<br>*Counsel for Plaintiff*<br>   *Tri-State Paper, Inc.* | LARRY FEINMAN, ESQ.<br>*Counsel for Defendant*<br>   *Aldo's Ristorante Italiano, Inc.* |
| By: /s/ Michael I. Assad<br>   Michael I. Assad<br>   Attorney ID 330937<br>   1500 Walnut Street, Suite 900<br>   Philadelphia, PA 19102<br>   215-735-1060<br>   help@cibiklaw.com | By:/s/ Larry Feinman<br>   Larry Feinman<br>   Attorney ID 29371<br>   1560 East Cheltenham Ave.<br>   Philadelphia, PA 19124<br>   215-288-7077<br>   larry@lfeinmanlaw.com |

Dated: March 12, 2024

### Order of Dismissal

**AND NOW**, upon consideration of the Stipulation of Settlement, it is hereby **ORDERED** that:

1. The stipulation is **APPROVED**.

2. All terms of the stipulation are incorporated herein by reference and will form a part of this Order as if set forth in their entirety.

3. This case is **DISMISSED WITH PREJUDICE**.

Dated: **March 14, 2024**

*/s/ Patricia M. Mayer*
Patricia M. Mayer
U.S. Bankruptcy Judge

2